Order issued January 24, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01640-CV

## IN RE LAKEITH AMIR-SHARIF, Relator

### Original Proceeding from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-09-7655

# ORDER

Before Justices O'Neill, Francis, and Murphy

The Court has before it relator's January 18, 2013 motion for temporary relief. This Court denied relator's petition for writ of mandamus on January 3, 2013. Accordingly, we **DENY** the motion for temporary relief.

MICHAEL J. O'NEILL
JUSTICE